**NONPRECEDENTIAL DISPOSITION**

**To be cited only in accordance with**

**Fed. R. App. P. 32.1**

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Submitted December 3, 2013*

Decided December 3, 2013

Before

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 13-2825 | Appeal from the United States District Court for the Western District of Wisconsin. |
| QUINCY M. NERI, | |
| *Plaintiff-Appellant*, | |
| *v.* | |
| SENTINEL INSURANCE COMPANY LIMITED and ERIC FERGUSON, doing business as White School Studios, | No. 13-cv-382-bbc Barbara B. Crabb, *Judge*. |
| *Defendants-Appellees*. | |

**Order**

The district court dismissed this suit as barred by an earlier judgment, which has since been vacated. *Neri v. Monroe*, 726 F.3d 989 (7th Cir. 2013). The judge has stated that she will proceed to the merits as soon as this court resolves the appeal and restores jurisdiction to the district court. That is a sensible approach. Appellant asks us to direct

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).

the district court to enter judgment in her favor immediately, but that would be inappropriate. As our published opinion observes, defenses such as fair use must be evaluated.

The judgment is vacated, and the case is remanded for further proceedings. The mandate will issue today.